**Michael Dwayne TUCK, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

**No. 02–6071.**

United States Court of Appeals, Fourth Circuit.

Submitted May 14, 2002.

Decided June 10, 2002.

Michael Dwayne Tuck, Appellant Pro Se. Leah Ann Darron, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Dwayne Tuck appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Tuck v. Angelone,* No. CA–01–275 (E.D.Va. Dec. 12, 2002). We also deny leave to proceed in forma pauperis. We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*